UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMANN, and JOSHUA ROBERTS | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 03-08-0187 |
| vs. | ) ) | Hon. Thomas A. Wiseman, Jr. U.S. District Court Judge |
| PHIL BREDESEN, Governor of the State Tennessee, BROOK THOMPSON, Coordinator of Elections, RILEY DARNELL, Secretary of State of Tennessee, JAMES JOHNSON, Administrator of Elections for Shelby County, KIM BUCKLEY, Administrator of Elections for Madison County, and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Juliet Griffin U.S. Magistrate Judge |
| Defendants. | ) ) ) | |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through counsel, and pursuant to LR 56.01(b), submit the following statement of material facts as to which they contend there is no genuine issue for trial:

1. Plaintiff Terrence Johnson is a citizen of the United States and a resident of Shelby County, Tennessee. Decl. of Terrence Johnson.

Response:

2. Plaintiff Johnson was convicted of federal wire fraud on January 12, 1999 and ordered to pay $40,792.54 in restitution for his offense. Id.

Response:

3. Plaintiff Johnson has completed his term of imprisonment, parole, and probation for that offense. Id.

Response:

4. Plaintiff Johnson wishes to vote in upcoming elections, but remains ineligible because of his outstanding legal financial obligations (LFOs). Id.; Tenn Code Ann. § 40-29-202(b).

Response:

5. Plaintiff Joshua Roberts is a citizen of the United States and a resident of Davidson County, Tennessee. Decl. of Joshua Roberts.

Response:

6. Plaintiff Johnson was convicted of forgery in or about January 2001. Id.

Response:

7. Plaintiff Johnson has completed his term of imprisonment, parole, and probation for that offense. Id.

Response:

8. Plaintiff Johnson wishes to vote in upcoming elections, but remains ineligible because of his outstanding LFOs. Id.; Tenn. Code Ann. § 40-29-202©.

Response:

9. Defendant Phil Bredesen is the Governor of the State of Tennessee. Answer of Phil Bredesen, Brook Thompson, and Riley Darnell at ¶ 7.

Response:

10. As the State's chief executive officer, Defendant Bredesen is ultimately responsible for implementing Tennessee law, including violations of election and other criminal laws, rules, and regulations. Id.

Response:

11. Defendant Brook Thompson is the Coordinator of Elections for the State of Tennessee. Id. at ¶ 8.

Response:

12. Defendant Thompson is the State's chief administrative election officer and is responsible for implementing voting rules and regulations as necessary to carry out the provisions of the election code, including the promulgation of procedures for, and the receipt and administration of applications for, voter registration. Id.

Response:

13. Defendant Riley Darnell is the Secretary of State for the State of Tennessee. Id. at ¶ 9.

Response:

14. Defendant Darnell is ultimately responsible for developing and implementing rules and regulations as necessary to carry out the provisions of the election code. Id.

Response:

15. Defendant James Johnson is the administrator of elections for Shelby County, Tennessee. Answer of Defendant James Johnson at ¶ 10.

Response:

3

16. Defendant Johnson is responsible for the execution of all elections in Shelby County. Id.; Tenn. Code Ann. § 2-12-116.

Response:

17. Defendant Kim Buckley is the administrator of elections for Madison County, Tennessee. Defendant Kim Buckley's Answer at ¶ 11.

Response:

18. Defendant Buckley is responsible for the execution of all elections in Madison County. Tenn. Code Ann. § 2-12-116.

Response:

19. Defendant Ray Barrett is the administrator of elections for Davidson County, Tennessee. Answer of Ray Barrett at ¶ 12.

Response:

20. Defendant Barrett is responsible for the execution of all elections in Davidson County. Tenn. Code Ann. § 2-12-116.

Response:

4

DATED this 22nd day of August 2008.

                                Respectfully submitted,

By: /s/ Nancy Abudu
Nancy G. Abudu*
Laughlin McDonald*
Neil Bradley*
AMERICAN CIVIL LIBERTIES UNION
 VOTING RIGHTS PROJECT
230 Peachtree Street NW
Suite 1440
Atlanta, Georgia 30303
Tel: (404) 523-2721
Fax: (404) 653-0331
lmcdonald@aclu.org
nbradely@aclu.org
nabudu@aclu.org
*Admitted pro hac vice

Tricia Herzfeld (Bar No. 026014)
AMERICAN CIVIL LIBERTIES UNION
 OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7142
Fax: (615) 320-7260
tricia@aclu-tn.org

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2008, a copy of the foregoing was served on counsel of record for defendants, addressed as follows, via the court's electronic filing system:

ROBERT E. COOPER, JR.
JANET M. KLEINFELTER
WILLIAM N. HELOU
Special Litigation Division
425 5th Avenue North
Nashville, Tennessee 37243

SUE B.CAIN
ALLISON BUSSELL
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

JOHN L. RYDER
One Commerce Square, Suite 2700
Memphis, Tennessee 38103

DANIEL PRESLEY
160 North Main Street, Suite 2700
Memphis, Tennessee 38103

JAMES I. PENTECOST
JON A. YORK
106 Stonebridge Blvd.
Jackson, TN 38305

/s/ Nancy Abudu
Nancy Abudu

Counsel for Plaintiffs