UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMANN, and JOSHUA ROBERTS<br><br>Plaintiffs,<br><br>vs.<br><br>PHIL BREDESEN, Governor of the State Tennessee, BROOK THOMPSON, Coordinator of Elections, RILEY DARNELL, Secretary of State of Tennessee, JAMES JOHNSON, Administrator of Elections for Shelby County, KIM BUCKLEY, Administrator of Elections for Madison County, and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities,<br><br>Defendants. | Case No. 03-08-0187<br><br>Hon. Thomas A. Wiseman, Jr.<br>U.S. District Court Judge<br><br>Hon. Juliet Griffin<br>U.S. Magistrate Judge |

## DECLARATION OF JOSHUA ROBERTS

1. My name is Joshua Roberts.

2. I am a resident of Davidson County, Tennessee.

3. I was convicted of forgery on or about January 2001.

4. I have completed my term of prison, parole, and probation.

5. I currently have child support arrears in the amount of $7,102.53.

6. As of this date, I am not current in my child support payments.

7. I wish to vote in upcoming elections, but will not be current in my child support payments by the November 4, 2008 election.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2008, at Nashville, Tennessee.

*Joshua M Roberts*
Joshua Roberts

2