UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMANN, and JOSHUA ROBERTS ) ) ) ) | |
| Plaintiffs, ) | Case No. 03-08-0187 |
| vs. ) ) | Hon. Thomas A. Wiseman, Jr. U.S. District Court Judge |
| PHIL BREDESEN, Governor of the State Tennessee, BROOK THOMPSON, Coordinator of Elections, RILEY DARNELL, Secretary of State of Tennessee, JAMES JOHNSON, Administrator of Elections for Shelby County, KIM BUCKLEY, Administrator of Elections for Madison County, and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities, ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Juliet Griffin U.S. Magistrate Judge |
| Defendants. ) | |

## DECLARATION OF TERRENCE JOHNSON

1.  My name is Terrence Johnson.

2.  I am a resident of Shelby County, Tennessee.

3.  I was convicted of wire fraud in the United States District Court for the Western District of Tennessee on January 12, 1999.

4.  As part of my felony conviction, the court ordered me to pay restitution in the amount of $40,792.54.

5.  I have completed my term of prison, parole, and probation.

5. I have not completed payment of the court's restitution award.

6. I wish to vote in upcoming elections, but will not be able to complete payment of the court's restitution order in time to register for the November 4, 2008 general election.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 21, 2008, at Memphis, Tennessee.

Terrence Johnson