UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMAN, and JOSHUA ROBERTS<br><br>Plaintiffs,<br><br>vs.<br><br>PHIL BREDESEN, Governor of the State of Tennessee, BROOK THOMPSON, Coordinator of Elections, RILEY DARNELL, Secretary of State of Tennessee, JAMES JOHNSON, Administrator of Elections for Shelby County, KIM BUCKLEY, Administrator of Elections for Madison County, and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities,<br><br>Defendants. | Case No. 03-08-0187<br>The Honorable Thomas A. Wiseman, Jr., Presiding. |

### RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE MOTION FOR PARTIAL SUMMARY JUDGMENT

Phil Bredesen, Brook Thompson, and Riley Darnell (collectively, "State Defendants"), hereby file this Response to Plaintiffs' Motion for Judgment on the Pleadings or in the Alternative Motion for Partial Summary Judgment.

Because Plaintiffs seek judgment on the exact issues and counts of the Complaint which State Defendants have already filed their own Motion for Judgment on the Pleadings, State Defendants hereby incorporate their prior Motion and Reply to

Plaintiffs' Response to their Motion to this response and rely upon those documents as their response to Plaintiffs' Motion.

In addition, as a response to Plaintiffs' Statement of Material facts, State Defendants accept those facts as true strictly for the purposes of the motion currently before this Court.

Finally, Defendants would like to bring the Court's attention to one currently disputed issue of fact that does not appear on Plaintiffs' Statement of Undisputed Facts. Defendants dispute that the challenged statutes disproportionately affect the indigent.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter


/s William Helou_____
WILLIAM N. HELOU (# 022839)
Assistant Attorney General
Special Litigation Division
425 5th Avenue North
Nashville, TN 37243
(615) 253-3327 - Telephone
(615) 741-2009 – Fax

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this response by electronic means through the Court's filing system to the parties listed below:

| | |
|---|---|
| Laughlin McDonald<br>Nancy Abudu<br>Neil Bradley<br>American Civil Liberties Union Voting Rights Project<br>2600 Marquis One Tower<br>245 Peachtree Center Ave., NE<br>Atlanta, GA  30303-1227 | Tricia Herzfeld<br>American Civil Liberties<br>Union of Tennessee<br>P.O. Box 120160<br>Nashville, TN  37212 |
| Sue B. Cain<br>Allison Bussell<br>108 Metropolitan Courthouse<br>P.O. Box 196300<br>Nashville, TN  37219 | John L. Ryder<br>Harris, Shelton, Hanover &<br>Walsh, PLLC<br>One Commerce Square<br>Suite 2700<br>Memphis, TN  38103-2225 |
| Jerome C. Teel, Jr.<br>Teel, McCormack & Maroney<br>87 Murray Guard Drive<br>Jackson, TN  38308-0668 | James I. Pentecost<br>Jon A. York<br>106 Stonebridge Blvd.<br>Jackson, TN  38305 |
| Danny Presley<br>Deputy County Attorney<br>160 N. Main Street, Suite 660<br>Memphis, TN  38103-1812 | |

This, the 25th day of August, 2008.

/s William Helou
WILLIAM N. HELOU
Assistant Attorney General