IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMANN, and JOSHUA ROBERTS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3-08-0187 |
| PHIL BREDESEN, Governor of the State of Tennessee; BROOK THOMPSON, Coordinator of Elections; RILEY DARNELL, Secretary of State of Tennessee; JAMES JOHNSON Administrator of Elections for Shelby County; KIM BUCKLEY, Administrator of Elections for Madison County; and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities | ) ) ) ) ) ) ) ) ) ) ) | Hon. Thomas A. Wiseman, Jr U.S. District Court Judge<br><br>Hon. Juliet Griffin U.S. Magistrate Judge |
| Defendants. | ) | |

---

**DEFENDANT KIM BUCKLEY'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE,
MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant Kim Buckley, in her official capacity and by and through undersigned counsel, responds in opposition to Plaintiffs' Motion for Judgment on the Pleadings, or, in the alternative, Motion for Partial Summary Judgment. (Docket Entry ["D.E."] 68). Defendant Buckley incorporates by reference and as if reprinted herein Defendants' Bredesen, Thompson, and Darnell's Response in Opposition to Plaintiffs' Motion for Judgment on the Pleadings, or, in the alternative, Motion for Partial Summary Judgment. (D.E. 71). In addition, Defendant Buckley also incorporates by reference and as if reprinted herein Defendants' Bredesen, Thompson, and Darnell's Motion for Judgment on the Pleadings and supporting Memorandum of Law (D.E. 58-

59), as well as Defendants' Bredesen, Thompson, and Darnell's Reply to Plaintiffs' Response to the State Defendants' Motion for Judgment on the Pleadings (D.E. 70) as her response to Plaintiffs' pending motion.

Defendant Buckley also notes that in Plaintiffs' pending motion, none of the claims against Defendant Buckley are addressed and, therefore, the Court should deny any grant of judgment in Plaintiffs' favor concerning claims against Defendant Buckley.

Finally, as a response to Plaintiffs' Statement of Material facts, Defendant Buckley accepts those facts as true strictly for the purposes of the motion currently before this Court as to any facts alleged as to Defendant Buckley or Plaintiff Harris.

Respectfully submitted,

PENTECOST & GLENN, PLLC

By: s/Jon A. York
James I. Pentecost (#11640)
Jon A. York (#23106)
Attorneys for Kim Buckley
106 Stonebridge Blvd.
Jackson, TN 38305
Phone # 1-731-668-5995
Fax # 1-731-668-7163
jpentecost@pgandr.com
jyork@pgandr.com

2
Case 3:08-cv-00187   Document 75   Filed 09/03/08   Page 2 of 3 PageID #: 382

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading via the Court's ECF Notification system upon:

Tricia Herzfeld
American Civil Liberties Union of Tennessee
Po Box 120160
Nashville, TN 37212

Laughlin McDonald
Nancy Abuda
Neil Bradley
American Civil Liberties Union Voting Rights Project
2600 Marquis One Tower
245 Peachtree Center Ave., NE
Atlanta, GA 30303-1227

William N. Helou
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202

Allison L. Bussell
Metropolitan Legal Department
108 Metropolitan Courthouse
PO Box 196300
Nashville, TN 37219

John L. Ryder
Harris, Shelton, Hanover & Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103-2225

Danny Presley
Deputy County Attorney
160 N. Main Street, Suite 660
Memphis, TN 38103-1812

This the 3d day of September, 2008.

        PENTECOST & GLENN, PLLC

    By: s/Jon A. York
       Jon A. York