UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRENCE JOHNSON, JIM HARRIS, ALEXANDER FRIEDMANN, and JOSHUA ROBERTS,<br><br>Plaintiffs,<br><br>vs.<br><br>PHIL BREDESEN, Governor of the State Tennessee, BROOK THOMPSON, Coordinator of Elections, RILEY DARNELL, Secretary of State of Tennessee, JAMES JOHNSON, Administrator of Elections for Shelby County, KIM BUCKLEY, Administrator of Elections for Madison County, and RAY BARRETT, Administrator of Elections for Davidson County, in their official capacities,<br><br>Defendants. | Case No. 03-08-0187<br><br>Hon. Thomas A. Wiseman, Jr.<br>U.S. District Court Judge<br><br>Hon. Juliet Griffin<br>U.S. Magistrate Judge |

## STIPULATION OF DISMISSAL OF
## COUNT SIX OF THE AMENDED COMPLAINT

Plaintiff Alexander Friedmann and Defendant Ray Barrett, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Count Six (Violation of State and Federal Due Process Clauses) of the Amended Complaint.[*]

---

[*] Defendants Phil Bredesen, Riley Darnell, and Brook Thompson do not oppose this stipulation of dismissal. However, they maintain that they are not proper parties for purposes of Count Six of the Amended Complaint and, therefore, have declined to sign this stipulation.

On October 3, 2008, Plaintiff Friedmann agreed to satisfy any and all outstanding restitution payments related to his 1989 criminal conviction in exchange for Defendants agreeing to process Plaintiff Friedmann's Certificate of Restoration and his voter registration application in time for him to cast a ballot in the 2008 presidential general election. All parties met their obligations under this agreement. On October 30, 2008, Plaintiff Friedmann cast his vote in the presidential election and, upon information and belief, his vote was counted.

Because the parties have resolved Plaintiff Friedmann's due process claim, dismissal of this claim with prejudice (Count Six) is appropriate.

Respectfully submitted,

/s/Nancy G. Abudu
Nancy G. Abudu*
Laughlin McDonald*
Neil Bradley*
AMERICAN CIVIL LIBERTIES UNION
 VOTING RIGHTS PROJECT
230 Peachtree Street, NW
Suite 1440
Atlanta, Georgia 30303-1513
Tel: (404) 523-2721
Fax: (404) 653-0331
lmcdonald@aclu.org
nbradley@aclu.org
nabudu@aclu.org
*Admitted pro hac vice

Tricia Herzfeld (Bar No. 026014)
AMERICAN CIVIL LIBERTIES UNION
 OF TENNESSEE
P.O. Box 120160
Nashville, Tennessee 37212
Tel: (615) 320-7143
Fax: (615) 320-7260
tricia@aclu-tn.org

**ATTORNEYS FOR PLAINTIFFS**

/s/Allison Bussell
Allison Bussell
Sue B. Cain
Metropolitan Legal Department
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

**ATTORNEYS FOR DEFENDANT RAY BARRETT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2008, a copy of the foregoing was served on counsel of record for defendants, addressed as follows, via the court's electronic filing system:

ROBERT E. COOPER, JR.
JANET M. KLEINFELTER
WILLIAM N. HELOU
Special Litigation Division
425 5th Avenue North
Nashville, Tennessee 37243

SUE B.CAIN
ALLISON BUSSELL
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219

JOHN L. RYDER
One Commerce Square, Suite 2700
Memphis, Tennessee 38103

DANIEL PRESLEY
160 North Main Street, Suite 2700
Memphis, Tennessee 38103

JAMES I. PENTECOST
JON A. YORK
106 Stonebridge Blvd.
Jackson, TN 38305

/s/Nancy G. Abudu